TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
KAITLIN HELMS WOLF, CSBN 340582
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (410) 965-6064
Kaitlin.Wolf@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PETER ESEKIA SATELE,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:26-cv-05131-AH-DFM<br><br>JUDGMENT OF REMAND [10] |

The Court having approved the parties' Stipulation to Remand for Further Proceedings Pursuant to Sentence Four of 42.U.S.C. § 405(g) ("Stipulation to Remand"), **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: SEPTEMBER 25, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE